# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-25-00512-CR

---

**Cetewayo Shango, Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE 368TH DISTRICT COURT OF WILLIAMSON COUNTY
NO. 25-0150-K368, THE HONORABLE SARAH BRUCHMILLER, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Appellant Cetewayo Shango, who is proceeding pro se and awaiting trial on a charge of sexual assault, has filed what he labels an "appeal of the findings" made by the district court related to its denial of Shango's pretrial motion to dismiss the indictment. We construe Shango's filing as a notice of appeal from the district court's denial of his motion to dismiss.

In Texas, courts of appeals do not have jurisdiction to review interlocutory orders in criminal cases unless that jurisdiction has been expressly granted by statute. *Ragston v. State*, 424 S.W.3d 49, 52 (Tex. Crim. App. 2014). No statute grants this Court jurisdiction to review a trial court's pretrial order denying a motion to dismiss an indictment. *See Ahmad v. State*, 158 S.W.3d 525, 526 (Tex. App.—Fort Worth 2004, pet. ref'd); *see also Salcido v. State*, No. 08-21-00148-CR, 2021 WL 4988307, at *1 (Tex. App.—El Paso Oct. 27, 2021, no pet.) (mem. op., not designated for publication) (dismissing for want of jurisdiction interlocutory appeal from motion to dismiss indictment); *Mendoza v. State*, No. 06-17-00121-CR,

2017 WL 3908216, at *2 (Tex. App.—Texarkana Aug. 9, 2017, pet. ref'd) (mem. op., not designated for publication) (dismissing appeal from interlocutory orders denying defendant's motion to dismiss indictment and motion for speedy trial). Accordingly, we dismiss Shango's appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).


_____

Gisela D. Triana, Justice

Before Justices Triana, Kelly, and Theofanis

Dismissed for Want of Jurisdiction

Filed: September 5, 2025

Do Not Publish